IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO GARCIA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No 17 cv 3932 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| OFFICER RICHARD BARBER (Star #17969), | ) | |
| JOHN GALVIN (#7), SERGEANT THOMAS | ) | |
| HAMILTON (Star #1584), OFFICER J.C. ROMAN | ) | |
| (Star #16957), OFFICER R. CHAPA (Star #16572), | ) | |
| and UNKNOWN CITY OF CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
|     Defendants. | ) | |

**NOTICE OF FILING AMENDED COMPLAINT**

To:    Victoria Benson                                      Caroline Fronczak
           Mikayla Hamilton                                Iris Chavira
           30 N. LaSalle, Suite 900                   30 N. LaSalle, Suite 900
           Chicago, Illinois 60602                     Chicago, Illinois 60602

**NOTICE OF FILING**

    **PLEASE TAKE NOTICE** that on October 23, 2017, I filed with the U.S. District Court of the Northern District of Illinois, Eastern Division the following document attached hereto: **Amended Complaint.**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, I electronically filed the instant Notice and Amended Complaint using CM/ECF and that the above parties will be served via EM/ECF.

Signature:    /s/ Anthony J. Peraica                        Date: October 23, 2017
Name (Print):  Anthony J. Peraica

Address:    Anthony J. Peraica & Associates, Ltd.        Phone: 773-735-1700
              5130 S. Archer Ave.
              Chicago, IL 60632